UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. KISSELL and GEORGE KUSHNER,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a corporation, and DOES 1 -15,<br><br>Defendants. | No. 2:23−CV−10028 JLS (SKx)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

The parties have filed a joint stipulation to stay this action pending the completion of an appraisal process that is being conducted pursuant to a provision in the applicable insurance policy.  (Doc. 13.)  The parties represent that the resulting appraisal may determine the amount of loss or streamline any litigation.

It is not clear, however, why this action should be stayed rather than dismissed without prejudice, as the dispute between the parties does not appear to be ripe, and it is also unclear as to whether, after the appraisal, the amount in controversy will be sufficient to meet the jurisdictional requirement for federal court.  Each party shall file a response of not more than three pages no later than **5:00 p.m., Monday, January 8, 2024**.

DATED:  January 2, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE