JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-10028-JLS-SK                                         Date: January 18, 2024
Title:  Robin Kissell, et al. v. Standard Fire Insurance Co.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING THE ACTION WITHOUT PREJUDICE**

On January 2, 2024, the Court ordered the Parties to show cause why the Court should not dismiss the action without prejudice because the dispute between the Parties does not appear to be ripe.  (Order at 2, Doc. 14.)  The Parties agreed to dismiss the action but asked that the Court permit them to reopen the litigation until August 1, 2024.  (Response to OSC, Doc. 15.)

Based on these representations, the action is DISMISSED WITHOUT PREJUDICE.  Court procedures do not permit a case to be reopened at the time of any refiling, as the Parties request.  But the Parties may notice an unopposed motion for relief from a final judgment, pursuant to Federal Rule of Civil Procedure 60(b), in order to reopen the case and permit new filings.  Any such motion must be filed prior to August 1, 2024.

Initials of Deputy Clerk: gga